UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | CV 22-07792-MWF (DFM) | Date: | October 27, 2022 |
|---|---|---|---|
| Title | Tiger Construction LLC et al. v. Housing Authority of the City of Los Angeles et al. | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | Court Reporter |
| Deputy Clerk | Not Present |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) ORDER TO SHOW CAUSE

On October 25, 2022, Plaintiffs Tiger Construction, LLC and Mohsen H. Ahmed, Jr. filed this pro se civil rights action pursuant to 42 U.S.C. § 1983. See Dkt. 1. Plaintiffs are not represented by an attorney, and the Complaint is signed by Ahmed, Tiger Construction's CEO. See id. at 10. According to public records of the California State Bar Association, Ahmed is not a licensed attorney in California.

Local Rule 83-2.2.2 provides that "[o]nly individuals may represent themselves pro se. No organization or entity of any other kind (including corporations, limited liability corporations, partnerships, limited liability partnerships, unincorporated associations, trusts) may appear in any action or proceeding unless represented by an attorney permitted to practice before this Court under L.R. 83-2.1." This Rule implements established law. See Rowland v. Cal. Men's Colony, 506 U.S. 194, 201-02 (1993) ("It has been the law for the better part of two centuries . . . that a corporation may appear in the federal courts only through licensed counsel."); Taylor v. Knapp, 871 F.2d 803, 806 (9th Cir. 1989) ("The general rule, widely recognized in federal and state courts, is that a corporation can appear only through an attorney.").

Accordingly, Plaintiffs are ORDERED TO SHOW CAUSE why the Complaint should not be dismissed without prejudice. The action cannot proceed without licensed counsel representing Plaintiffs. Plaintiffs are granted until November 28, 2022 to obtain counsel. By that date, counsel must enter an appearance for Plaintiffs, or Plaintiffs must otherwise show cause why the Complaint should not be dismissed without prejudice. Otherwise, the Court will dismiss the Complaint without prejudice (meaning it could be refiled when Plaintiffs are represented by counsel) and the action will be closed.