UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | CV 22-07792-MWF (DFM) | Date: | June 7, 2023 |
|---|---|---|---|
| Title | Tiger Construction, LLC et al v. Housing Authority of the City of Los Angeles et al | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | Not Present |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) Order to Show Cause re Current Address

On April 27, 2023, Defendant Housing Authority of the City of Los Angeles filed a Motion to Dismiss Plaintiff's Second Amended Complaint. See Dkt. 13. On May 2, the Court set a briefing schedule. See Dkt. 14. On May 25, that Order was returned as undeliverable. See Dkt. 15.

Local Rule 41-6 requires that a party proceeding pro se, like Plaintiff, "must keep the Court and all other parties informed of the party's current address as well as any telephone number and email address." Failure to do so can result in dismissal: "If a Court order or other mail served on a pro se plaintiff at his address of record is returned by the Postal Service as undeliverable and the pro se party has not filed a notice of change of address within 14 days of the service date of the order or other Court document, the Court may dismiss the action with or without prejudice for failure to prosecute."

Accordingly, Plaintiff is ordered to provide a current address to the Court within seven (7) days of this order. Failure to do so will result in a recommendation to the District Judge that this case be dismissed for failure to prosecute. Once Plaintiff has done so, he will be afforded an additional fourteen (14) days to file his opposition to Defendant's motion.