JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| TIGER CONSTRUCTION LLC et al., <br><br> Plaintiff(s), <br><br> v. <br><br> HOUSING AUTHORITY OF THE CITY OF LOS ANGELES et al., <br><br> Defendant(s). | Case No. CV 22-07792-MWF (DFM) <br><br> JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed without prejudice for failure to prosecute.

Date:  October 31, 2023

_____
MICHAEL W. FITZGERALD
United States District Judge